## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY MILLS**                                                   **PLAINTIFF**

**v.**                              **Case No. 4:26-cv-00193-KGB**

**ARLENE BLUTH**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Anthony Mills's complaint is dismissed without prejudice.  The relief sought is denied.  The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action

is considered frivolous and not in good faith.

It is so adjudged this 12th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge